FILED

09/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0629

_____

ALFRED DESCHAMPS, BAR II ENTERPRISES,
L.L.C.,

      Plaintiffs and Appellants,

  v.

FARWEST ROCK, LTD, FARWEST ROCK
PRODUCTS, FARWEST PRODUCTS, LLC,
LUNDE BASTON, MIKE BASTON, and DOES
1-10,

      Defendants and Appellees.

                         O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2020